UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELEON LEE JOSEPH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LINDY WOODBURN,<br><br>　　　　Defendant. | No.  2:25-cv-00238-DAD-DMC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. Nos. 4, 6) |

Plaintiff Deleon Lee Joseph is a state prisoner proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 7, 2025, the assigned magistrate judge ordered plaintiff to submit either a completed application for leave to proceed *in forma pauperis* that included the required certified copy of his trust account statement or the requisite filing fee.  (Doc. No. 5 at 2.)  Plaintiff has not since filed an application with the required certified copy of his trust account statement and has also not paid the requisite filing fee.  Accordingly, on April 25, 2025, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, due to plaintiff's failure to prosecute and failure to comply with court orders.  (Doc. No. 6.)  The findings and recommendations were served upon plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 2.)  To date,

1

plaintiff has not filed any objections and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the pending findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on April 25, 2025 (Doc. No. 6) are ADOPTED in full;

2. This action is DISMISSED, without prejudice, due to plaintiff's failure to prosecute and failure to comply with court orders;

3. Plaintiff's incomplete motion to proceed *in forma pauperis* (Doc. No. 4) is DENIED as having been rendered moot in light of this order; and

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **April 24, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2